IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-070 |
| | : | |
| v. | : | |
| | : | |
| ADRIANE OSUAGWU, | : | **UNDER SEAL** |
| also known as Ernest Ufondu, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to seal the indictment in this case until the bench warrant for the defendant's arrest is executed. As grounds for this motion, the government states the following.

The defendant is being charged, by indictment, with Conspiracy to Commit Extortion (under 18 U.S.C. § 875(d)), in violation of 18 U.S.C. § 371. The government believes that the defendant lives in California, although he is originally from Nigeria, Africa. The defendant is free to travel to Nigeria, and elsewhere outside of the United States, which may prevent the government from executing the bench warrant and ensuring that the defendant faces charges in this country. Given the sensitive nature of the charges, and because the defendant is not in custody, the government does not want the charges to become public prior to the defendant's arrest in order to avoid potential

disclosure of the charges, which may alert the defendant and cause him to flee or destroy any contraband that might otherwise be in his possession at the time of his arrest.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-1666
Frederick.Yette@usdoj.gov