**FILED**

**MAR 2 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-070 |
| | : | |
| v. | : | |
| | : | |
| ADRIANE OSUAGWU, | : | UNDER SEAL |
| also known as Ernest Ufondu, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the government's motion to seal the indictment in this case, and for good cause shown, it is this _20_ day of March, 2008,

ORDERED, that the indictment shall be sealed upon filing; and it is

FURTHER ORDERED, that the indictment shall be unsealed automatically at the time of the defendant's arrest on the charges contained in the indictment.

_____
United States Magistrate Judge