

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

FILED IN OPEN COURT

MAR 20 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-070 |
| | : | |
| v. | : | MAGISTRATE NO.: |
| | : | |
| ADRIANE OSUAGWU, | : | VIOLATION: |
| also known as Ernest Ufondu, | : | |
| | : | 18 U.S.C. § 371 |
| Defendant. | : | (Conspiracy to Commit Extortion) |

ELLEN SEGAL HUVELLE, ESH

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

At all times material to the Indictment:

### The Conspiracy

1. From on or before February 1, 2006, the exact date being unknown to the Grand Jury, and continuing through on or about April 10, 2006, within the District of Columbia and elsewhere, defendant **ADRIANE OSUAGWU**, also known as Ernest Ufondu, and co-conspirator Queen Nwoye (the "co-conspirators") knowingly conspired, combined, confederated, and agreed with each other to commit an offense against the United States, that is, extort money from Ikemba Iweala, by transmitting in interstate and foreign commerce threats to injure the property and reputation of Ikemba Iweala, in violation of Title 18, United States Code, Section 875(d)(Extortion).

Case Related To: CR 07-012 (ESH)

Object of the Conspiracy

2. It was the object of the conspiracy to obtain money by threatening Ikemba Iweala with disclosure of embarrassing information that would harm his reputation in order to force Ikemba Iweala to pay money to prevent disclosure of that information.

Manner and Means Used to Accomplish the Object of the Conspiracy

3. The object of the conspiracy was to be accomplished through the following manner and means, among others:

(A) **ADRIANE OSUAGWU**, also known as Ernest Ufondu, engaged in numerous telephone conversations with Ikemba Iweala, during which he threatened to disclose Ikemba Iweala's relationship with co-conspirator Nwoye, unless Ikemba Iweala paid money to the co-conspirators in order to prevent disclosure of that information;

(B) **ADRIANE OSUAGWU**, also known as Ernest Ufondu, instructed Ikemba Iweala to pay money to prevent disclosure of embarrassing information by personally delivering money to the co-conspirators, or by wiring funds into their bank accounts.

Overt Acts

4. In furtherance of the conspiracy and to accomplish the object of the conspiracy, **ADRIANE OSUAGWU,** also known as Ernest Ufondu, and co-conspirator Nwoye committed various overt acts, within the District of Columbia and elsewhere, including, but not limited to the following:

(A) On or about February 21, 2006, the co-conspirators, who were in Maryland, telephoned Ikemba Iweala, who was in Massachusetts, and informed him that if he did not pay the co-conspirators $20,000, the co-conspirators would inform Ikemba Iweala's wife that he had a relationship with co-conspirator Nwoye.

(B) On or about February 24, 2006, as a result of threats to harm Ikemba Iweala's reputation, co-conspirator Nwoye met Ikemba Iweala at a location in Maryland and collected a cashier's check in the amount of $20,000.

(C) On or about February 25, 2006, **ADRIANE OSUAGWU,** also known as Ernest Ufondu, and co-conspirator Nwoye, telephoned Ikemba Iweala and demanded another $20,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(D) On or about March 3, 2006, co-conspirator Nwoye met Ikemba Iweala at Providence Hospital, in the District of Columbia, and collected $20,000 in cash from Ikemba Iweala to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with co-conspirator Nwoye.

(E) On or about March 10, 2006, the co-conspirators discussed and implemented a scheme to force Ikemba Iweala to pay the co-conspirators more money. Co-conspirator Nwoye contacted Ikemba Iweala and then met him in the District of Columbia under the pretext that they would engage in sex in a parked car. When Ikemba Iweala and co-conspirator Nwoye were in a compromised state, co-conspirator Nwoye gave **ADRIANE OSUAGWU,** also known as Ernest Ufondu, a pre-arranged signal and **ADRIANE OSUAGWU,** also known as Ernest Ufondu, took photographs of Ikemba Iweala as Ikemba Iweala fled the scene.

(F) On or about March 10, 2006, **ADRIANE OSUAGWU,** also known as Ernest Ufondu, telephoned Ikemba Iweala and demanded that Ikemba Iweala pay another $100,000, in two installments of $50,000, in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(G)     On or about March 14, 2006, by means of threats to harm Ikemba Iweala's reputation, the co-conspirators caused Ikemba Iweala to make a wire transfer of $50,000 to the co-conspirators, and **ADRIANE OSUAGWU,** also known as Ernest Ufondu, kept $48,000 of the $50,000 payment.

(H)     On or about March 28, 2006, by means of threats to harm Ikemba Iweala's reputation, the co-conspirators caused Ikemba Iweala to transfer by wire $50,000 to the co-conspirators, and **ADRIANE OSUAGWU,** also known as Ernest Ufondu, kept $48,000 of the $50,000 payment.

(I)     On or about March 28, 2006, during a telephone conversation, **ADRIANE OSUAGWU,** also known as Ernest Ufondu, demanded that Ikemba Iweala pay another $15,000, in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(J)     On or about March 31, 2006, co-conspirator Nwoye met Ikemba Iweala at Providence Hospital, in the District of Columbia, and collected $15,000 in cash from Ikemba Iweala to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with co-conspirator Nwoye.

(K)     On or about March 31, 2006, **ADRIANE OSUAGWU,** also known as Ernest Ufondu, telephoned Ikemba Iweala and demanded another $30,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(L) On or about April 10, 2006, by means of threats to harm Ikemba Iweala's reputation, **ADRIANE OSUAGWU,** also known as Ernest Ufondu, caused Ikemba Iweala to transfer by wire $30,000 to **ADRIANE OSUAGWU,** also known as Ernest Ufondu.

**(Conspiracy to Commit Extortion,** in violation of Title 18, United States Code, Section 371)

A TRUE BILL

FOREPERSON

*Jeffrey A. Taylor/P S.*
Attorney of the United States in
and for the District of Columbia