IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-070 (ESH) |
| v. | : | |
| ADRIANE OSUAGWU, | : | UNDER SEAL |
| also known as Ernest Ufondu, | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to unseal the case referenced above. As grounds for this motion, the government states the following.

The defendant has been indicted for conspiracy to commit extortion, and an arrest warrant was issued. The defendant was arrested on the outstanding warrant in California, on August 8, 2008. Now that the defendant has been arrested on the charges, there is no further need for this case to be sealed. Accordingly, the government requests that the Court unseal the entire case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:      /s/
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.: 08-070 (ESH)** |
| : | |
| **v.** : | |
| : | |
| **ADRIANE OSUAGWU,** : | |
| also known as Ernest Ufondu, : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the government's motion to unseal the case referenced above, and for good cause shown, it is this _____ day of August, 2008

ORDERED, that the entire case shall be unsealed.

 

_____
ELLEN SEGAL HUVELLE
United States District Judge