IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-070 (ESH) |
| | : | |
| v. | : | |
| | : | **FILED** |
| ADRIANE OSUAGWU, | : | |
| also known as Ernest Ufondu, | : | AUG 1 4 2008 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Upon consideration of the government's motion to unseal the case referenced above, and for good cause shown, it is this __14__ day of August, 2008

ORDERED, that the entire case shall be unsealed.

_____
ELLEN SEGAL HUVELLE
United States District Judge