UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510 637.3530

August 13, 2008

Office of the Clerk
U.S. District Court, District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

**FILED**

AUG 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Case Name: | US-v-Adriane Osuagwu |
| Case Number: | 4-08-70525-WDB   District of Columbia #CR-08-070 |
| Charges: | 18:371 Conspiracy to commit extortion |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
510-637-3680
Fax: 510-637-3724
Email: Keslie.Stewart@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2008 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Adriane Osuagwu. (kc, COURT STAFF) (Filed on 8/11/2008) (Additional attachment(s) added on 8/13/2008: # 1 District of Columbia Order) (kc, COURT STAFF). (Entered: 08/11/2008) |
| 08/11/2008 | | CASE DESIGNATED for Electronic Filing. (Entered: 08/11/2008) |
| 08/11/2008 | 2 | Letter from Joyce Leavitt *RE: Request to advance matter from August 13, 2008 to August 12, 2008* as to Adriane Osuagwu (Leavitt, Joyce) (Filed on 8/11/2008) (Entered: 08/11/2008) |
| 08/11/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Wayne D. Brazil: Initial Appearance on Rule 5 Affidavit as to Adriane Osuagwu held on 8/11/2008. Arraignment, Attorney Appointment Hearing, Detention Hearing and Status Hearing re Identity/Removal set for 8/13/2008 at 10:00 AM before Magistrate Judge Wayne D. Brazil. Remanding defendant to custody. (Tape #ftr 8/11/08 10:25:03.) (kc, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 4 | Minute Entry for proceedings held before Magistrate Judge Wayne D. Brazil: Detention Hearing and Identity/Removal Hearing as to Adriane Osuagwu WAIVED on 8/12/2008. Defendant ordered removed forthwith to the District of Columbia. (Tape #FTR 8/12/08 10:15:25.) (kc, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/13/2008) |
| 08/12/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Adriane Osuagwu. Defendant committed to District of Columbia. Signed by Judge Magistrate Judge Wayne D. Brazil on 8/12/08. (kc, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/13/2008) |
| 08/12/2008 | | (Court only) ***Case Terminated as to Adriane Osuagwu (Entered: 08/13/2008) |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST
RICHARD W. WIEKING
Clerk, U.S District Court
Northern District of California
By _____ Deputy Clerk
Date 8/13/08

(Re: Commitment to Another District)

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

FILED AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
ADRIANE OSUAGWU

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70525-WDB | CR-08-070 | 4-08-70525-WDB | CR-08-070 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Other (specify)

charging a violation of Title 18 U.S.C. § 371

**DISTRICT OF OFFENSE**
United States Ditrict Court, District of Columbia

**DESCRIPTION OF CHARGES:**
Conspiracy to Commit Extortion

RECEIVED
2008 AUG 12 PM 3:32
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

**CURRENT BOND STATUS:**
[ ] Bail Fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[XX] Government moved for detention and defendant detained pending detention hearing in District of Offense
[XX] Other (specify) On Aug. 12, 2008, the deft. waived his Identity/Removal Hearing and Detention Hearing in the District of Arrest, reserving his rights to revisit the matter of detention de novo in the District of Columbia.

**Representation:**  [ ] Retained Own Counsel   [XX] Federal Defender Organization   [ ] CJA Attorney   [ ] None

**Interpreter Required?**  [XX] No   [ ] Yes   Language:

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8-12-08
Date

United States ~~Judge or~~ Magistrate Judge WAYNE D. BRAZIL

cc: WDB, Stops, copies given to custodial Marshal, Pretrial

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Document No. 5W
District Court
Criminal Case Processing

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637–3680
       Facsimile: (510) 637-3724
8      E-Mails: Keslie.Stewart@usdoj.gov

9  Attorneys for the United States

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                            OAKLAND DIVISION
13

14 | UNITED STATES OF AMERICA,        )   CRIMINAL NO. 08-70525
15 |                                  )
   |        Plaintiff,                )
16 |                                  )   NOTICE OF PROCEEDINGS ON
   |    v.                            )   OUT-OF-DISTRICT CRIMINAL       WDB
17 |                                  )   CHARGES PURSUANT TO RULES
   | ADRIANE OSUAGWU                  )   5(c)(2) AND (3) OF THE FEDERAL
18 | (aka Ernest Ufondu),             )   RULES OF CRIMINAL PROCEDURE
   |                                  )
19 |        Defendant.                )
   |                                  )
20 |_____)

21     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of

22 Criminal Procedure that on August 8, 2008, the above-named defendant was arrested

23 based upon an arrest warrant (copy attached) issued upon an indictment (copy attached)

24 pending in the District of Columbia, Case Number 08-070.

25     In that case, the defendant is charged with a violation of Title 18, United States

26 Code, Section 371, conspiracy to commit extortion.

27 ///

28 ///

1  PENALTY:

2  COUNT ONE: 18 U.S.C. § 371 – Conspiracy to Commit Extortion, 0-5 years

3  imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment..

4

5  DATED: August 11, 2008                          JOSEPH P. RUSSONIELLO
                                                   United States Attorney
6
7
8                                                  *signature*
                                                   KESLIE STEWART
9                                                  Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-070  MAGIS. NO: |
| Un~ SEALED v.<br><br>ADRIANE OSUAGWU,<br>also known as Ernest Ufondu | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ADRIANE OSUAGWU,<br>also known as Ernest Ufondu |

| DOB: | PDID: | |
|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT EXTORTION

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By /s/ _____
Deputy Clerk  3/20/08

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18: 371 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>3/20/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>3/20/08 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:   Yes _____  No  X | | OCDETF CASE:   Yes _____  No  X |

FILED IN OPEN COURT



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAR 20 2008

Holding a Criminal Term

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Grand Jury Sworn in on November 15, 2007

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 08 - 070 |
| v. | : MAGISTRATE NO.: |
| ADRIANE OSUAGWU, also known as Ernest Ufondu, | : VIOLATION: |
| | : 18 U.S.C. § 371 |
| Defendant. | : (Conspiracy to Commit Extortion) |

ELLEN SEGAL HUVELLE, ESH

B

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

At all times material to the Indictment:

#### The Conspiracy

1. From on or before February 1, 2006, the exact date being unknown to the Grand Jury, and continuing through on or about April 10, 2006, within the District of Columbia and elsewhere, defendant **ADRIANE OSUAGWU**, also known as Ernest Ufondu, and co-conspirator Queen Nwoye (the "co-conspirators") knowingly conspired, combined, confederated, and agreed with each other to commit an offense against the United States, that is, extort money from Ikemba Iweala, by transmitting in interstate and foreign commerce threats to injure the property and reputation of Ikemba Iweala, in violation of Title 18, United States Code, Section 875(d)(Extortion).

Case Related To: CR 07-012 (ESH)

## Object of the Conspiracy

2. It was the object of the conspiracy to obtain money by threatening Ikemba Iweala with disclosure of embarrassing information that would harm his reputation in order to force Ikemba Iweala to pay money to prevent disclosure of that information.

## Manner and Means Used to Accomplish the Object of the Conspiracy

3. The object of the conspiracy was to be accomplished through the following manner and means, among others:

(A) **ADRIANE OSUAGWU**, also known as Ernest Ufondu, engaged in numerous telephone conversations with Ikemba Iweala, during which he threatened to disclose Ikemba Iweala's relationship with co-conspirator Nwoye, unless Ikemba Iweala paid money to the co-conspirators in order to prevent disclosure of that information;

(B) **ADRIANE OSUAGWU**, also known as Ernest Ufondu, instructed Ikemba Iweala to pay money to prevent disclosure of embarrassing information by personally delivering money to the co-conspirators, or by wiring funds into their bank accounts.

## Overt Acts

4. In furtherance of the conspiracy and to accomplish the object of the conspiracy, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, and co-conspirator Nwoye committed various overt acts, within the District of Columbia and elsewhere, including, but not limited to the following:

(A) On or about February 21, 2006, the co-conspirators, who were in Maryland, telephoned Ikemba Iweala, who was in Massachusetts, and informed him that if he did not pay the co-conspirators $20,000, the co-conspirators would inform Ikemba Iweala's wife that he had a relationship with co-conspirator Nwoye.

2

(B) On or about February 24, 2006, as a result of threats to harm Ikemba Iweala's reputation, co-conspirator Nwoye met Ikemba Iweala at a location in Maryland and collected a cashier's check in the amount of $20,000.

(C) On or about February 25, 2006, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, and co-conspirator Nwoye, telephoned Ikemba Iweala and demanded another $20,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(D) On or about March 3, 2006, co-conspirator Nwoye met Ikemba Iweala at Providence Hospital, in the District of Columbia, and collected $20,000 in cash from Ikemba Iweala to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with co-conspirator Nwoye.

(E) On or about March 10, 2006, the co-conspirators discussed and implemented a scheme to force Ikemba Iweala to pay the co-conspirators more money. Co-conspirator Nwoye contacted Ikemba Iweala and then met him in the District of Columbia under the pretext that they would engage in sex in a parked car. When Ikemba Iweala and co-conspirator Nwoye were in a compromised state, co-conspirator Nwoye gave **ADRIANE OSUAGWU**, also known as Ernest Ufondu, a pre-arranged signal and **ADRIANE OSUAGWU**, also known as Ernest Ufondu, took photographs of Ikemba Iweala as Ikemba Iweala fled the scene.

(F) On or about March 10, 2006, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, telephoned Ikemba Iweala and demanded that Ikemba Iweala pay another $100,000, in two installments of $50,000, in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

3

(G) On or about March 14, 2006, by means of threats to harm Ikemba Iweala's reputation, the co-conspirators caused Ikemba Iweala to make a wire transfer of $50,000 to the co-conspirators, and **ADRIANE OSUAGWU**, also known as Ernest Ufondu, kept $48,000 of the $50,000 payment.

(H) On or about March 28, 2006, by means of threats to harm Ikemba Iweala's reputation, the co-conspirators caused Ikemba Iweala to transfer by wire $50,000 to the co-conspirators, and **ADRIANE OSUAGWU**, also known as Ernest Ufondu, kept $48,000 of the $50,000 payment.

(I) On or about March 28, 2006, during a telephone conversation, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, demanded that Ikemba Iweala pay another $15,000, in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(J) On or about March 31, 2006, co-conspirator Nwoye met Ikemba Iweala at Providence Hospital, in the District of Columbia, and collected $15,000 in cash from Ikemba Iweala to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with co-conspirator Nwoye.

(K) On or about March 31, 2006, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, telephoned Ikemba Iweala and demanded another $30,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(L) On or about April 10, 2006, by means of threats to harm Ikemba Iweala's reputation, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, caused Ikemba Iweala to transfer by wire $30,000 to **ADRIANE OSUAGWU**, also known as Ernest Ufondu.

**(Conspiracy to Commit Extortion,** in violation of Title 18, United States Code, Section 371)

A TRUE BILL

FOREPERSON

*Jeffrey A. Taylor/P.S.*
Attorney of the United States in
and for the District of Columbia

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By *Melinda L. Pugh*
Deputy Clerk

5

FILED
MAR 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-070 |
| v. | : | MAGISTRATE NO.: 06-494M |
| ADRIANE OSUAGWU, also known as Ernest Ufondu, | : | UNDER SEAL |
| Defendant. | : | UNSEALED |

### ORDER

Upon consideration of the government's motion to seal the indictment in this case, and for good cause shown, it is this _20_ day of March, 2008,

ORDERED, that the indictment shall be sealed upon filing; and it is

FURTHER ORDERED, that the indictment shall be unsealed automatically at the time of the defendant's arrest on the charges contained in the indictment.

_____
United States Magistrate Judge

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _Melinda L. Pugh_
Deputy Clerk